Docusign Envelope ID: 8D2321DE-3314-88A1-81AF-358FA63EE6A0

THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATT BREIDERT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., JEREMY WACKSMAN, and JEREMY HOFMANN,<br><br>Defendants, | **Case No: 2:26-cv-02016-JLR**<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER (1) EXTENDING TIME TO RESPOND TO COMPLAINT AND (2) ACCEPTING SERVICE**<br><br>**NOTE ON MOTION CALENDAR:** June 22, 2026 |

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT AND
ACCEPTING SERVICE

Case No: 2:26-cv-02016-JLR
PAGE 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**WHEREAS**, on June 9, 2026, Matt Breidert ("Plaintiff") filed a putative securities fraud class action complaint against Defendants Zillow Group, Inc. ("Zillow"), Jeremy Wacksman, and Jeremy Hofmann (the "Individual Defendants" and together with Zillow, the "Defendants");

**WHEREAS**, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and is accordingly governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and its procedures for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), on June 10, 2026, Plaintiff's counsel published notice alerting investors to the pendency of the above-captioned action;

**WHEREAS**, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and approval of the lead plaintiff's selection of lead counsel to represent the putative class, for which opening briefs are to be filed on or before the statutory deadline of August 10, 2026, *see* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II);

**WHEREAS**, the PSLRA allows "any member of the purported class," whether or not they previously filed a complaint, to move the Court to serve as lead plaintiff by the statutory deadline, *see id.*;

**WHEREAS**, lead plaintiff and lead counsel will not be appointed and approved until after the completion of briefing on any lead plaintiff motions, and accordingly, it is unclear at this time who will ultimately have the authority to act on behalf of the putative class, and it is anticipated that the court-appointed lead plaintiff will file an amended complaint or a consolidated complaint, superseding any previously filed complaint(s);

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT AND
ACCEPTING SERVICE

Case No: 2:26-cv-02016-JLR
PAGE 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**WHEREAS**, Defendants hereby accept service on behalf of each of the Defendants, without waiving any defenses other than sufficiency of service;

**WHEREAS**, no dates have yet been set by the Court, and because the PSLRA imposes a mandatory stay of discovery and other proceedings until and unless a motion to dismiss is denied, the proposed extension will have no effect on any pre-trial or trial dates in this action;

**WHEREAS**, no party has previously requested or received an extension of time and the Parties do not seek an extension for the purpose of delay; and

**WHEREAS**, the Parties have met and conferred and agree that, in the interests of judicial economy, conservation of time and resources, and orderly management of this action, Defendants need not respond to the complaint until after: (i) a lead plaintiff and lead counsel are appointed and approved by the Court pursuant to the PSLRA; and (ii) the lead plaintiff identifies or files an operative complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, and subject to Court approval, that:

1.    By entering into this stipulation, Defendants accept service in this action and expressly reserve all of their respective rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense to the sufficiency of service.

2.    Within fourteen (14) days of the entry of an order appointing lead plaintiff and approving lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended or consolidated complaint or designating the operative complaint and for briefing on any motion to dismiss or response thereto. Defendants shall have no obligation to respond to the complaint until the date ordered by the Court after it receives the proposed schedule.

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT AND
ACCEPTING SERVICE

Case No: 2:26-cv-02016-JLR
PAGE 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3.      This stipulation is entered into without prejudice to any party seeking any interim relief.

**IT IS SO STIPULATED.**

Dated: June 22, 2026

Respectfully submitted,

**CORR CRONIN LLP**

*s/Colin M. George*

Colin M. George, WSBA No. 45131
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Telephone: (206) 501-3544
cgeorge@corrcronin.com

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim (*pro hac vice* forthcoming)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: philkim@rosenlegal.com

*Counsel for Plaintiff*

Dated: June 22, 2026

**ZILLOW GROUP, INC.**

Signed by:

*Tanya Bosi*

F58F8A425F4448D...

Tanya Bosi, WSBA No. 54322
1301 Second Avenue, Floor 36
Seattle, Washington 98101
Tel.: (206) 470-7000
tanyab@zillowgroup.com

*Counsel for Defendants*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT AND
ACCEPTING SERVICE

Case No: 2:26-cv-02016-JLR
PAGE 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## [PROPOSED] ORDER

**IT IS SO ORDERED** this __22nd__ day of __June__, 2026.

_____

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT AND
ACCEPTING SERVICE

Case No: 2:26-cv-02016-JLR
PAGE 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2026, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*s/Elizabeth Roth*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT AND
ACCEPTING SERVICE

Case No: 2:26-cv-02016-JLR
PAGE 6

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900