AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

MATTHEW BREIDERT, et al.,
*Plaintiff*
v.
ZILLOW GROUP, INC., et al.,
*Defendant*

Case No. 2:26-cv-02016-JLR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS ZILLOW GROUP, INC., JEREMY WACKSMAN, and JEREMY HOFMANN .

Date: 10/12/2026

s/Joseph E. Bringman
*Attorney's signature*

Joseph E. Bringman, WSBA No.15236
*Printed name and bar number*

Ashurst Perkins Coie US LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101
*Address*

joe.bringman@ashurstperkins.com
*E-mail address*

(206) 359-8000
*Telephone number*

(206) 359-9000
*FAX number*